# *UNITED STATES DISTRICT COURT*
## *NORTHERN DISTRICT OF NEW YORK*

## DEFAULT JUDGMENT IN A CIVIL CASE

**UMG Recordings, Inc., Atlantic Recording Corporation, SONY BMG
Music Entertainment, Elektra Entertainment Group, Inc., and BMG Music,**

vs.                                          **CASE NUMBER: 5:08-CV-699 (NPM)**

**Ayisha Crockrell**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's Motion for Default Judgment is granted, Defendant Ayisha Crockrell shall pay damages to Plaintiffs' for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of $7,500.00. Defendant is hereby enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law regarding the noted copyrighted sound recordings. Defendant is directed to destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

All of the above pursuant to the order of the Honorable Judge Neal P. McCurn, dated the 21st day of January, 2009.

DATED: January 21, 2009

*Lawrence K. Baerman*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk